IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| SEBASTINE ODIATA, § § **Plaintiff,** § § v. § EP-21-CV-17-KC § UNITED STATES CITIZENSHIP § AND IMMIGRATION SERVICES § (USCIS); USCIS, El Paso Field Office; § USCIS, Arizona District Office; § DIRECTOR, USCIS; DEPARTMENT § OF HOMELAND SECURITY; § SECRETARY OF HOMELAND § SECURITY, § § **Defendants**. § | |

## ORDER

On this day, the Court considered Plaintiff's Notice of Voluntary Dismissal, ECF No. 8. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that all of Plaintiff's claims in this case are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that all pending motions are **DENIED** as moot.

The clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 22nd day of March, 2021.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE